```
┌─────────────────────────────────────┐
│ USDC SDNY                            │
│ DOCUMENT                             │
│ ELECTRONICALLY FILED                 │
│ DOC #: _____               │
│ DATE FILED: 03/04/2024               │
└─────────────────────────────────────┘
```

**MEMORANDUM ENDORSEMENT**

In Re: Paul R. Koch, 7:24-cv-00779 (NSR)

The Court is in receipt of the attached motion from Appellant, dated February 2, 2024.

The Court construes Appellant's letter as seeking to appeal the denial of his temporary restraining order in his bankruptcy action, 24-20001-cgm. The Court directs Appellant to file a motion clarifying the relief he is seeking and the grounds for such relief on or before March 22, 2024. If Appellees seek to oppose Appellant's motion, Appellees must file opposition papers on or before April 22, 2024.

The Clerk of the Court is directed to mail a copy of this endorsement to *pro se* Appellant and show service on the docket.

Dated: March 4, 2024
      White Plains, NY

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

**BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x
:
In re                                                      :          **Chapter 13**
                                                               :          **Case No. 24-20001-cgm**
**PAUL R. KOCH**                                     :          **prior: 23-11857-PB**
                                                               :
**Debtor.**                                              :          **January 25, 2024**
- - - - - - - - - - - - - - - - - - - - - - - - - - - - -x


**RELATED CASE STATEMENT OF JANUARY 24, 2024, FOR INTERLOCUTORY APPEAL**
**BASED ON A DENIAL OF A TRO CAUSING IRREPARABLE HARM**
**WHEN JUDGE CECELIA MORRIS KNEW OR SHOULD HAVE KNOWN**


The appeal is based on a denial of a TRO docket entry #20 & 21 filed 1-8-24 under

docket 23-11857-PB, that continues to cause irreparable harm to the Debtor and his family

as Judge Cecilia Morris usurped her Judicial Canons and oath of her position to uphold the

US Constitution.

The TRO should have been granted to maintain the status quo.  Instead Judge

Cecelia Morris appears to have intentionally or negligently performed her duties owed to

the US citizen and Debtor Paul Koch, and his family, further inflicting emotional distress on

the Koch family including their 4 children.  This now provides additional evidence of Federal

Judges involved in the world's largest scheme of Racketeering orchestrated through

foreclosure mills such as McCalla, Raymer, Leibert, & Pierce, LLC through the utilization

and assistance of Connecticut State and Federal Judges.

1

Connecticut State Judges Judge Kevin Tierney and Judge John Cirello are the principal perpetrators in this case. However, as a skilled and licensed Mortgage banker from the 80's the Debtor has monitored cases for 15 + years in the Connecticut court system and has ample evidence =to make such statements.  The debtor, Paul Koch, has informed the top hierarchy of the Judicial branch, and all the Chief Court administrators of the abuses going on in their Courts which he testified about at the renomination hearing for Chief Justice Chase Rogers, to the Judiciary committee headed by Chairman William Tong, Connecticut's current Attorney General, who has been complicit with the crimes being done daily in the Connecticut courts.

Paul Koch has also informed the current Chief Justice of Connecticut and the executive division of Connecticut and many others who are entrusted to run the Connecticut state government.   The ignorance of the issues is unconscionable conduct and what happened in this case should never be allowed to be perpetrated on any American regardless of what State they live in.

The TRO should be granted immediately through inherent powers of the court to cease and desist the horrific violations of the US constitution that will be furthered today by Connecticut Marshal Foldy, who continues with his abuse of policy and procedures as he further causes harm to the Koch family.  He is expected to return to the house today to continue his criminal activity.

Marshal Foldy was previously investigated by AG Blumenthal and was reported to the Connecticut State Marshal Commission recently by the Debtor as well as to the

Commissioner of Administrative Division.  These institutions are also complicit with intentional and obvious deprivation of rights under color of law being carried out by one of their marshals.

A major problem is Judge John Cirello ignored a proper removal and issued unconscionable orders when he lacked ALL jurisdiction and ordered Paul Koch to provide an "answer only" by December 15, 2022, when his Court lacked all jurisdiction as Paul Koch was in Federal Court.   What followed is unconscionable conduct orchestrated by Judge John Cirello, a new judge being directed by those above him and utilizing Chief housing clerk Edmond O'Garro to carry out criminals' acts.  They returned about 30 motions made by Paul Koch including an Answer and then defaulted him for failure to plead.

The Town of Greenwich police department has been involved for years and has constantly threatened to arrest Paul Koch for a series of bogus dog tickets and a false arrest that included an attempted malicious prosecution.  The Town of Greenwich has aided and abetted the criminal conduct based on a clearly fabricated foreclosure judgment based on fabricated facts and fraudulent documents created by Attorney Jeffrey Knickerbocker. The fraud and fraud upon the court was identified and I am using the words of US Senator Richard Blumenthal.

The real crime was the withdrawal of the Koch's appeal by the agents of McCalla Raymer Leibert & Pierce orchestrated by Attorney Christopher Picard and Marianne Charles, who had the appeal withdrawn without authorization and utilizing unsigned

3

documents that Attorney Charles prepared.  I contacted the chief clerk of the CT Supreme Court, Carl Chicetta, who dismissed the fraud and fraud upon the court. There is evidence of all of this and clearly there are many people involved in this scheme to steal people's homes.

In NYS they quickly passed, and Governor Kathy Hochul signed into law the "Foreclosure Abuse Prevention Act" ("FAPA") late last year after a Judge tried to create a law against the homeowners in support of the foreclosure mills who have engaged in repetitive fraud against US homeowners.

> *Today, the Senate by a vote of 52-10 passed the "Foreclosure Abuse Prevention Act"(S.5473-D/SANDERS Same as A.7737-B/Weinstein), a bill introduced by Senator James Sanders Jr. to ensure fairness in home foreclosure proceedings. On March 23rd of this year, the Assembly version of this bill introduced by Assemblymember Helene Weinstein passed the Assembly by a vote of 107-40. The next step is for the bill to be delivered to Governor Hochul for her signature.*

> *Senator James Sanders Jr. said, "Today, homeowners who are in foreclosure are the biggest winners with the passage of this significant foreclosure bill. This bill will go a long way in helping homeowners save their homes from foreclosure by leveling the playing field by eliminating certain abuses lenders have used in Courts to the detriment of the homeowners.*

I was in the MBS industry since the 80's.  The case has never been decided on the merits, as the Plaintiff, Deutsche Bank, is not aggrieved, never produced a single document in 14 years, and the Plaintiff is not before the court.  Deutsche Bank has stated they have nothing to do with the foreclosure or eviction proceedings as they sued the FDIC and JPMC for repurchase of the materially defective mortgages and Trusts which is nonexistent.

4

There is no proof of authority for MRLP to even represent deutsche Bank in any capacity and they ordered the fraudulent assignment of mortgage ("AOM") to be created by the now shut down and out of business LPS organization amidst the robosigner's scandal.  I even have an affidavit from a government official of Land records stating the AOM is fraudulent.   Attorney Knickerbocker then directed the fraudulent AOM to be recorded on the Greenwich Land records knowing it was a FRAUD and FRAUD UPON THE COURT.  He then directed the clerk to place the fraudulent documents in the mail which is mail fraud. This was after he filed a fabricated Lis Pendens that is clearly defective on its face as at the time of his writing, he had no assignment of mortgage and note and therefore lacked standing to commence any action and the Court was deprived of ALL subject matter jurisdiction.  The alleged Plaintiff is in breach of contract as they never complied with the conditions in the Note, Mortgage and EMAP notification.

The Firm of MRLP has engaged in millions of acts of mail fraud as they have conspired to create false EMAP notifications and Attorney Jeffrey Knickerbockers statement sin Court supports the scheme.  In a recent case Tarzia, th4e Appellate court waited a year before deciding on EMAP scheme and then Tarzia's lawyer, Attorney Alexander Schwartz, requested an extension of time to file a petition to the Supreme Court on a clearly flawed decision that is a fraudulent scheme utilizing a non-US mail service to create false certified mail labels to give the appearance or mailing.

Attorney Schwartz then missed the deadline.  An act believed to be carried out after threat from the judiciary branch of Connecticut.  They have a history of threatening any attorney who comes into Connecticut to defend a foreclosure as the judges don't want

anyone messing with their "gravy train".  Another attorney, Josephine Smalls Miller, was

suspended for missing Appellate court deadlines.  The court condoned Schwartz's missed

deadline.

In a current "Tarzia" Case, an expert witness form the US postal service executed a

sworn affidavit of the scheme of fraud being utilized by MRLP and Bendett & McHugh by

their Attorney, Jeffrey Knickerbocker, and followed by myself for years.  Peter Wade is a

most qualified expert witness, and leaves no doubt about this scheme to defraud

homeowners throughout Connecticut and wherever MRLP operates.  Peter wade's affidavit

includes:

### AFFIDAVIT OF PETER F. WADE

*My name is Peter F. Wade, I am over eighteen years of age, and make this affidavit based upon my education, experience, and the facts set forth below all of which are on personal knowledge unless otherwise specified.*

*"I was an employee of the U.S. Postal Inspection Service for 23 years. During that time, my duties included the investigation of numerous mail fraud cases I also served as the Assistant Inspector-in-Charge for the Los Angeles Division mail fraud unit where 1 supervised the mail fraud investigations conducted by 42 mail fraud specialists in Southern California, Nevada, Arizona, New Mexico, and West Texas. Later, as Assistant Regional Chief Inspector for Criminal Investigations, I was responsible for the quality and focus of mail fraud investigations for the Northeastern United States, Europe, and the Caribbean.*

*Since my retirement from the Postal Inspection Service, I have provided expert testimony in numerous fraud-related cases. I have been a licensed private detective in New Jersey, Pennsylvania, Colorado, and South Carolina. was credentialed by the Association of Certified Fraud Examiners as a Certified Fraud Examiner. I was the Central American Director for Security Associates Group - a Miami based private investigative firm which specialized in determining the truth and accuracy of the claims of Latin American firms seeking to do business with United States businesses.*

6

### *ISSUE*

*I have been asked to determine whether USPS Certified Mail letter 71901364740000146904, prepared by Bendett &McHugh was a good faith effort to serve legal notice to Joseph Tarzia. Exhibit 1*

### *DISCUSSION*

*I have been advised that, in Connecticut, people cannot be deprived of their property without due process and that part of that process is the notification of the party that action is being taken.*

*Common schemes such as "sewer service" have been used to defraud individuals of their property for many years. Unscrupulous law firms have claimed to have sent legal notice and have backed those claims through production of subpoenas which they had drawn up -but never served.*

*Actions such as this put an individual with limited resources in court against large banks and other financial institutions with unlimited resources. Often the individual has no knowledge of legal requirements. These deceptive activities are common enough that, like "Bunko", "Ponzi", "Pyramid", and "Robo Signing", the mechanics of the schemes might vary, but the basic elements of the schemes remain intact. Due process is not effected until the adverse party has received notice. Having a copy of a notice in the server's file does not prove that the notice was ever served. The affidavit of the server must contain evidence that the notice was received by the addressee..........*

Peter Wade's affidavit goes on to describe the scheme in detail as a *"Bunko", "Ponzi", "Pyramid", and "Robo Signing".*  A scheme of unconscionable acts perpetrated against homeowners by our country's largest foreclosure mill.  Upon information and belief, Richard Leibert controls other law firms as well.  All being ignored by the "triers of fact" in Connecticut, like Judge Kevin Tierney.  Who in my case sanctioned my wife for failing to show up for an unnoticed deposition, which they eventually took, and sanctioned that she could not defend her property AT ALL. An appeal was taken and the MRLP and the

Connecticut Judiciary branch withdrew the appeal for obvious reasons (indefensible) without authorization from the Koch's.  Another component of the scheme to defraud homeowners in Connecticut.

At the Chief Justice Chase rogers public hearing where I testified at in 2015, about the massive fraud going on in the Connecticut courts, there was 1 lone Senator from Connecticut who questioned Chief Justice Chase Rogers about these "trier of facts" and reports of "fraud and corruption" she had received from her constituents.  Her name is Minnie Gonzalez.  She is an Honorable woman.  When I heard Chief Justice Rogers explanation that there are appeals to flush out those issues, I went and changed my testimony.  First, for Pro Se's to get through an appellate process that is fraught with rules and procedures, that even skilled lawyers, who don't do it every day, can't get through.  It is highly unlikely a Pro Se will get through it.  Second, the judiciary branch has started taking away all Appellate stays from virtually all homeowners stating they are "frivolous or for dilatory reasons only".  This is now part of the scheme of deprivation of rights that violates the US constitution and due process.

This scheme can only be summarized by Judge Tierney's' statement on the record, ***"I will do whatever it takes to make sure you lose".***  Can you imagine a neutral judge stating such on a transcript.  Yet when I reported it to the Judicial Review Counsel ("JRC") in Connecticut they found "no probably cause".  Are you serious? The JRC proved that day that self-policing does not work for any institution including Judicial oversight.  The ***"Old Boy Network"*** is way too strong and is against the US Constitution and a current threat to our Democracy.

8

US Senator Marco Rubio has a bill going into effect that shows that cartels and other illegal enterprises could be benefitting from ill-gotten gains taken through deceptive practices utilized by MRLP:

### No more anonymous shell companies buying houses:
### A landmark Rubio law to go into effect

"A federal law aimed at making anonymous business dealings in the United States essentially a thing of the past will go into effect on New Year's Day, three years after becoming law.

The Corporate Transparency Act was a pet project of Florida Senator Marco Rubio, who raised alarm at over $1 billion connected to top Venezuelan officials flooding the real estate market in Miami.

Some of those cases resulted in federal indictments and convictions, but the use of anonymous shell companies has long been a headache for law enforcement trying to track down the origin of questionable money and business dealings.

"Shell companies involved in shady activities are a big problem, especially throughout South Florida," Rubio told the Miami Herald in 2018, as he began pushing for the law.

In late December, the Financial Crimes Enforcement Network, a branch of the Department of the Treasury, announced that key regulations connected to the law were finalized."

https://www.wlrn.org/business/2023-12-29/shell-anonymous-companies-llc-property-rubio-law-finvest

The American homeowners deserve better.  There is no JUSTICE in Fraudulent conduct!

This is what I call **"JUDICIAL ALCHEMY!"**

After I testified at the Chief Justice Chase Rogers hearing Senator Tong, now AG Tong has done nothing to curb the fraud he has clear knowledge about. Instead he went after Minnie Gonzalez removing her from the judiciary committee.   Neither has Governor Ned Lamont, US senator Blumenthal, US senator Murphy and Congressman Jim Himes who I

reported to.  That leaves one question.  Why?  Are they benefiting from the ill-gotten gains of deceptive and fraudulent foreclosures?  If only someone cared enough to investigate.

The DOJ States attorney's office has been a feeder system to US district Court Judges and who makes those recommendations?  US Senator Blumenthal and Murphy.  So, it appears if you play ball in CT, you can become a Federal Judge.  Why have so many Federal Judges let me down in Connecticut?  They have been vetted.

Clearly the TRO should have been granted to maintain the status quo.  Instead Judge Morris furthered the criminal conduct in her attempted railroading of Debtor Paul Koch and his family who have been patient and preaching forgiveness for all if they would just stop the misconduct.  They cannot.  It is a machine at this point sort of like AI that is out of control.  I have sacrificed 15 years of my life monitoring these corrupt activities and there is plenty of evidence to support what I am saying.  But when you are talking about stealing Billions if not Trillions of dollars from the American people that can pay a lot of people.

The case was proceeding under docket 23-11857-PB and then after certain filings that point out public corruption of high-level government public officials, docket entries #20 & 21 filed 1-8-24, it was transferred to 24-20001-CGM due to the claims of public corruption contained in those filings.

Judge Morris failed to correct her prior mistakes when given a second chance and has acted with prejudice and bias towards the Pro Se Debtor, in violation of her Judicial canons, and continues her abuse of power and authority, in violation of all legal grounds for

10

such IN-REM relief.  At this point she should know the Plaintiff and their counsel are before the Court with "unclean hands".

These bad actors have acted with malice towards the Debtor and his family, whose multi-million-dollar home was stolen by criminal conduct, orchestrated by McCalla, Raymer, Leibert, & Pierce, LLC and CT State and Federal Judges.  Connecticut State Judges Judge Kevin Tierney and Judge John Cirello who are the principal perpetrators in my case. But there are many others.  The debtor has informed the top hierarchy of the Judicial branch, and all the Chief Court administrators of the ongoing abuses and possible criminal conduct, as well as those entrusted to run the Connecticut state government.

Judge Morris appears to have aided the criminal conduct negligently or intentionally and her conduct has resulted in irreparable harm to my children, my wife (possibly ex-wife) and myself as the CT marshal Thomas Foldy and the Town of Greenwich have ignored all laws and eviction procedures.

Marshal Foldy and the Town of Greenwich have not followed the State of Connecticut's Marshals procedures for eviction and the contents of their own written communications to me.  CT State Marshal Thomas Foldy and The Town of Greenwich has conspired and colluded to steal, destroy or is the process of throwing away our family's personal property and many of our possessions including the videos of all my children (4) growing up, which are irreplaceable.  A TRO should be issued immediately.

This is unconscionable conduct that is built off a clear case of Fraud and Fraud upon the court in the underlying foreclosure, in which the State Judges lacked ALL jurisdiction to do what they have done in State Court proceedings.  Federal Judges have acted to cause an unjust outcome.   The bad actors are engaged in what I believe is criminal conduct and racketeering in violation of RICO and CORA.  The entire case is a sham.

Judge Cecilia Morris knows this and has assisted in the theft and loss of our family's personal property and home.  She needs to recuse herself.  Judge Morris's Orders need to be vacated as the IN-Rem relief she granted was without any service to the co-debtor, Victoria Koch.

Judge Drain in a previous Bankruptcy did another favor for his girl, Attorney Linda Tirelli, who was recently suspended.  Upon information and belief, Judge Drain and Linda Tirelli had an improper relationship requiring those orders to be vacated.

All the prior Bankruptcies involved fraudulent conduct, fabrication of material facts and unclean hands as well.  Prior removals and subsequent remands involve Federal Judges violating their Judicial Canons and engaging in "coverups of mistakes" made to which I have evidence of.

This a Tort under which the United States of America may be liable under the Federal Tort Claims Act (FTCA) due to Federal Judges actions or lack of action, including Judge Cecilia Morris.  If that occurs the damages will exceed $50,000,000.00, as MRLP and the CT judiciary branch stole a prior home valued at $10,000,000.00.

There is so much more but this needs to be filed due to Marshal Foldy coming again today.  The TRO should be granted immediately.


Dated: **January 25, 2024**                    PAUL R. KOCH (Debtor)


                                        By:/s/PAUL R. KOCH_____
                                            Paul R. Koch
                                            725 Fenimore Road
                                            Mamaroneck, NY 10543
                                            Telephone: (603) 988-4703
                                            winnisandbar@aol.com


'

**BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------x

|  |  |  |
|---|---|---|
| | : | |
| In re | : | **Chapter 13** |
| | : | **Case No. 24-20001-cgm** |
| **PAUL R. KOCH** | : | **prior: 23-11857-PB** |
| | : | |
| **Debtor.** | : | **January 25, 2024** |

- - - - - - - - - - - - - - - - - - - - - - - - - - - -x


## CERTIFICATION OF SERVICE


In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure 2002 and 7004, the undersigned certifies that on the 25th day of January 2024, the following documents were served on the US Trustee and all appearing parties via the Courts' electronic filing system and by first class mail on the parties listed below:

1.      Documents Served;

       **RELATED CASE STATEMENT OF JANUARY 24, 2024, FOR INTERLOCUTORY APPEAL BASED ON A DENIAL OF A TRO CAUSING IRREPARABLE HARM WHEN JUDGE CECELIA MORRIS KNEW OR SHOULD HAVE KNOWN**


Dated: **January 25, 2024**            PAUL R. KOCH (Debtor)


By:/s/PAUL R. KOCH_____
      Paul R. Koch
      725 Fenimore Road
      Mamaroneck, NY 10543
      Telephone: (603) 988-4703
      winnisandbar@aol.com

14

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------x
:
In re                            :        **Chapter 13**
:
**PAUL R. KOCH**           :        **Case No. 23-11857 (PB)**
:        **January 18, 2024**
----------------------------------------------------x

**DEBTOR'S FIRST AMENDED MOTION FOR**
**(I)DEBTORS' REQUEST FOR A CONTINUANCE OF THE JANUARY 18, 2024,**
**HEARING DUE TO NEW JUDGE AND TRANSFER INFORMATION THAT I JUST**
**BECAME AWARE OF TODAY INCLUDING THE DENIAL OF MY TRO OR**
**PRELIMINARY INJUNCTION MOTION AND**
**(II) DEBTOR'S REQUEST FOR LEAVE TO FILE INTERLOCUTORY APPEAL OF**
**DENIAL OF TRO AND TRANSFER OF CASE TO JUDGE CECILIA MORRIS, AND**
**(III)DEBTOR'S SECOND APPLICATION FOR ENTRY OF AN ORDER**
**EXTENDING TIME TO FILE MISSING DOCUMENTS OUTLINED IN DOCUMENT #3**
**IDENTIFIED AS "DEFICIENCY NOTICE", AND**
**(IV)    DEBTOR'S SECOND APPLICATION TO EXTEND THE TIME TO FILE**
**CREDIT COUNSELING CERTIFICATE, AND**
**(V)    DEBTOR'S SECOND APPLICATION EXTENDING TIME TO PAY**
**INSTALLMENTS OF FILING FEES OUTLINED IN DOCUMENT #2**
**IDENTIFIED AS "APPLICATION TO PAY FILING FEE IN**
**INSTALLMENTS", AND**
**(VI)    FOR ENTRY OF AN ORDER GRANTING RELATED RELIEF**
**FOR GOOD CAUSE SHOWN**

The above-captioned Debtor, PAUL R. KOCH, ("Debtor"), filed for Bankruptcy Chapter 13 on November 22, 2023.

When I filed my petition, I did not file all the documents required to be filed under Chapter 13 of the Bankruptcy Code.

As a result of my failure to file a complete petition, the court issued a Notice of Missing Documents. According to the Notice, I must file the balance of my schedules and certificate of credit counseling by December 6, 2023 plus 3 days for mailing so December 9, 2023. There is a hearing scheduled for January 18th but since my last filing the CT

1

State Marshal, Thomas Foldy has caused irreparable harm to me and my family, potentially destroying all videos of my 4 children since they were born.  This is a direct result of the denial of my motion for a TRO and preliminary injunction by this Court.

CT State Marshal Thomas Foldy has stolen, damaged, destroyed or dumped all our family's personal property, including 5 computers and a lot of evidence and papers necessary for me to file the necessary papers in this court to get the relief that is sought and warranted.  This is in violation of the Policies and procedures of the Marshal Commission.

Attached is a copy of my January 16, 2024, Motion to Commissioner Michelle Halloran Gilman, Commissioner of Connecticut State Department of Administrative Services (DAS), which is part of the executive branch. (EXHIBIT A)

Attached is a copy of my January 16, 2024, Motion to all State Marshal Commission Members apprising them of the illegal conduct of CT State Marshal Foldy. (EXHIBIT B)

Attached is a copy of a Complaint form that was sent to me yesterday by the State Marshal Commission's lawyer. (EXHIBIT C)

Attached is a copy of my January 15, 2024, (EXHIBIT D) Motion in Family Court as my ex-girlfriend has lied to get a protective order to try and prevent me from filing an adversary Complaint against her in this court for keeping my computers and papers.  She only sought such relief after I filed a complaint in the Tarrytown Village Court as she withheld my computers and papers from me for weeks after my initial filing of Bankruptcy. My motion was necessary due to weather.

**RESPONDENT'S EMERGENCY MOTION FOR CONTINUANCE FOR GOOD CAUSE DUE TO STORM HEATHER FORECASTED WITH SNOW AND ICE AND I AM A NEW HAMPSHIRE RESIDENT AND CANNOT TRAVEL IN THE FORECASTED WEATHER WITH MY 2 WHEEL DRIVE CAR WITHOUT RISK OF LIFE**

**CONTINUANCE OF TODAYS HEARING TO SEEK PROFESSIONAL LEGAL HELP AS FURTHER IRREPARABLE HARM IS IMMINENT**

At this time, I need professional legal assistance and NYLAG has directed me to other organizations that may be able to help me.   Originally the person who contacted me stated they would set up an appointment.  Then they redirected me.  I need to stop CT State Marshal Foldy from destroying my children's lives through other means since this Court appears to be bias, and prejudicial towards our family who has been irreparably harmed by the denial of our requested TRO or preliminary injunction.  It was foreseen.  Deutsche Bank is not aggrieved and the law firm of McCalla Raymer Leibert and Pierce engaged in several counts of FRAUD and Fraud upon the Court.

The case has never been decided on the merits and Judge John Cirello acted in the housing court while the case had been removed to Federal Court and engaged in illegal and unconscionable acts.  This court had sufficient information to see all of that and the fact that they failed to serve Victoria Koch, a codebtor.  This Court does not appear to care about Equal Justice under the law of fair and just outcomes.  Deutsch Bank sued the FDIC over this very Trust and received $3 Billion dollars for the defects.

This Court should reconsider its decision and enter an immediate TRO or preliminary injunction and schedule a hearing.  This is not fair or just and is a complete abuse of discretion and shows the Federal Judiciary is complicit with crimes against the American people.

3

**REQUEST FOR LEAVE TO FILE INTERLOCUTORY APPEAL**

I also want to file an interlocutory appeal of the denial of my request for a TRO and preliminary injunction to try and stop further irreparable harm to me and my family. I need a lawyer to advise me what to do first since the denial of my January 9, 2024, filing for the TRO has caused havoc and is now the cause of the irreparable harm that was identified and foreseen and that is why I needed the requested relief.  This is unconscionable that this Court left our family in this position, in which we are now subjected to irreparable harm that my 4 children will carry with them for the rest of their lives.  These are criminals who have no rights to our property, and I want permission to file an interlocutory Appeal immediately and a stay of all proceedings during that appeal.

Due to the ongoing theft of all our possessions and no relief for homeowners, I now cannot pay the filing fee as planned due to the irreparable harm caused by a rogue CT State Marshal who has violated every rule in the book.  He even stole my daughter's car.

The transfer of this case back to Judge Cecilia Morris appears to have more to do with what Judge Phillip Bentley wouldn't do.  **These acts and Judge Morris ignoring the clear and obvious facts supported by the documents, have undermined the integrity of the SOUTHERN DISTRICT OF NEW YORK and appear to be violations of judicial canon!**

Debtor hereby files for GOOD CAUSE shown this SECOND APPLICATION TO EXTEND THE TIME TO FILE MISSING DOCUMENTS AND EXTEND THE PAYMENT OF FEES IN ORDER GRANTED (doc #7) by 30 days due to the extreme circumstances and necessity to address those circumstances short of this court reconsidering its prior decision to deny the TRO.   FOR ALL THE GOOD CAUSE SHOWN DUE TO

4

UNFORESEEN CIRCUMSTANCES and **for entry of an Order to Extend times further described as follows:**

1.  GRANTING OF DEBTOR'S FIRST REQUEST FOR A CONTINUANCE OF JANUARY 18, 2024, COURT DATE to seek counsel and due to circumstances in this court, including the transfer without proper notice suddenly.   I was unaware of the transfer and changed time and method due to the irreparable harm our family is suffering as a direct result of the denial of the request January 9th TRO. The circumstances I am dealing with including all the events described above and in the attached Exhibits are GOOD CAUSE.

2.  Motion for leave to file an interlocutory appeal of the denial of my requested TRO and preliminary injunction as it is causing irreparable harm and request for stay pending appeal.

3.  Motion for leave to file an interlocutory appeal of the transfer of the case to Judge Morris.

4.  SECOND APPLICATION TO EXTEND THE TIME TO FILE MISSING DOCUMENTS outlined in Document #3 identified as "Deficiency Notice" due December 6, 2023, plus 3 days for mailing so December 9, 2023, to February 19, 2024, considering the issues I am dealing with and the need to find counsel; and

5.  SECOND APPLICATION TO EXTEND THE TIME TO FILE CREDIT COUNSELING CERTIFICATE identified as initial court document dated November 22, 2023, further identified as Credit counseling certificate due December 6, 2023, plus 3 days for mailing, due December 9, 2023, to February

5

19, 2024, considering the issues I am dealing with and the need to find counsel, and

6. SECOND APPLICATION TO EXTEND THE TIME TO PAY INSTALLMENTS identified as document #7, with second installment due by December 8, 2023, plus 3 days for mailing to December 11, 2023, further identified as Order granting Application to pay filing fees in instalments to December 29, 2023, for balance due FEBRUARY 19, 2024, and

7. Application for an Order Granting related relief.

The requested relief is necessary as I need to address the issues caused by the denial of the TRO and the irreparable harm being done to my family including my 4 children, my wife and myself.  An extension of time for all the deadlines, so the requested relief is extending everything to February 19, 2024, as there are other court dates in these other cases and stopping the irreparable harm should be the focus of everyone involved including this, Court.

**IN SUPPORT OF THE APPLICATION/MOTION, THE DEBTOR RESPECTFULLY REPRESENTS AS FOLLOWS:**

## BACKGROUND, JURISDICTION AND VENUE

I, Paul R. Koch am the Debtor in this case and submit this application/motion in support of my request to extend the time within which I must file the balance of my schedules and preliminary documents and pay the remaining installments of the filing fee.

6

I am familiar with my case and certify as follows:

I.     On the date hereof, November 22, 2023, (the "Petition Date"), the Debtors filed with the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") a voluntary petition for relief under Chapter 13 of Title 11 of the United States Code (the "Bankruptcy Code").

II.    When I filed my petition, I did not file all the documents required to be filed under Chapter 13 of the Bankruptcy Code.

III.   As a result of my failure to file a complete petition, the Court issued a "Deficiency Notice" document #3.

IV.    I have not previously sought to extend the time within which the balance of my schedules must be filed.

V.     The Bankruptcy Court has jurisdiction over this Motion pursuant to 28 U.S.C. §1334.

VI.    Venue is proper in this district.

VII.   The Statutory predicates for the relief requested herein are section 105(a) of the bankruptcy Code, and Rules 1007 and 9006 of the Federal Rules of Bankruptcy Procedure ( the "Bankruptcy Rules").

## BRIEF FACTUAL BACKGROUND

1.     This case has never been decided on the merits in over 14 years.

**2.**    The debtor had never been a Defendant in any case as the alleged Plaintiff's counsel objected at every turn, which there were many to have Paul Koch cited in or intervene as an indispensable party in interest.

7

3.      Deutsche Bank's counsel made material misrepresentations in the Lis pendens that the mortgage had been assigned, which it had not.

4.      Counsel then ordered a fraudulent assignment of mortgage to be prepared and placed in the mail to fill that void and obtained the fraudulent assignment of mortgage from the shutdown operation known as LPS or DOCX.

5.      Deutsche Bank was in breach of the mortgage contract for their failure to send a letter of default pursuant to paragraph 22 of the mortgage and paragraph six of their complaint.

6.      Deutsche Bank was in breach of the Federal and State laws as they failed to supply EMAP notification to VICTORIA KOCH.

7.      When the trial judge Kevin Tierney realized that Deutsche Bank had no documents to respond to the discovery demands required under the Connecticut practice book and they had failed to respond to those demands timely.  Judge Tierney allowed Deutsche Bank to respond late and ultimately sanctioned Victoria Koch and took away all her rights to due process and said she could not defend her property at all.

8.      At this point Paul Koch owned the property by deed and equity.  The Lis pendance was defective as it stated that it had been assigned when it hadn't been as stated.  A material misrepresentation.  Deutsche Bank lawyers then created a fraudulent assignment of mortgage in the attempt to bootstrap the loan together.

9.      Deutsche Bank was not aggrieved, lacked standing to commence the

8

action and because of not having any evidence of possessing the note or mortgage at the commencement of the action the court lacks subject matter jurisdiction.

**10.** The in-rem relief granted by Judge Morris in the bankruptcy court was based upon a defective motion as the bank attorneys had been in touch with Victoria's divorce lawyer and knew that she did not live in the house and was no longer married to Paul Koch.

**11.** Deutsche Bank ignored these facts and sent service to Paul Koch's addresses knowing that it was defective.

**12.** Deutsche Bank was informed of the defects and ignored the facts.

13. The alleged Plaintiffs' counsel requested denial of the inclusion of Paul Koch in the case, even though he was an indispensable party in interest and owner of the right of redemption.

14. Plaintiff's counsel ignored his legal and equitable interest in the property.

15. Paul Koch built the property and the house and holds the only utility easements to the house.

16. Paul Koch's interest in the property has been ignored for 14 years by the State Court and the Bankruptcy Courts.

17. Paul Koch owned the property by deed prior to any valid Lis Pendens.

18. Foreclosure is an equitable action in Connecticut.

19. We ("Victoria and Paul Koch") have never received one document in discovery in 14 years which alone is a reason the case should have been dismissed as stated by the CT supreme court.

20.     We have never received a response to multiple QWR's sent certified mail and filed on the court dockets.

21.     Deutsche Bank National Trust Company sued the FDIC-R for WAMU over the Plaintiff Trust in this very case claiming it was materially defective Trust and contained defective loans.

22.     A review of the loan shows obvious defects.  The recorded mortgage states it is for Hartford County not Fairfield County.  The mortgage is not even for my house.

23.     No one ever realized the material defect in the mortgage because Washington Mutual failed to do their job and Deutsche Bank National Trust Company failed to do their job. (There are Exhibits to support this as they were fined for their role in the meltdown)

24.     What is clear from looking at the original Summons, Complaint, Lis Pendens, Mortgage and Note is the Plaintiff lacked standing to commence any action against this property under Connecticut Law.

25.     The original documents are nowhere to be found. In 14 years despite discovery demands and QWR's sent certified mail to servicers, WAMU, JPMC, they have never produced a single document.

26.     This past week I spoke to Deutsche Bank.  They confirmed and stated that the only documents they have is an assignment of mortgage which has been declared fraudulent by a government official.

27.     We have an affidavit from John O'Brien, who is a Register of Deeds, stating the assignment of mortgage is a fraudulent document and should

10

be referred to the Attorney General's office.

28.   John O'Brien's affidavit is that of a government official who is specialized in these filed land record documents.  The court must take Judicial Notice of his affidavit.

29.   The Note was discharged in Bankruptcy court.

30.   A discharged note, a defective mortgage and a fraudulent assignment of the defective mortgage leaves you with nothing to claim standing and obtain a valid Judgment.

31.   Debtor, Paul Koch, was a mortgage banker since the 80's and was involved early on in the Mortgage-Backed Security industry long before most people even heard of the term MBS.

32.   Paul Koch educated Banks on the MBS industry long before the financial crisis and held mortgage banking licenses in multiple states including New York and Connecticut.

33.   The Plaintiff knew that Paul Koch was aware of the defects in the documents and the involved parties (bad actors) attempted to railroad the Koch family. This eventually caused the demise of their family unit including their 4 children through a wrongful foreclosure action plagued with corruption, fraud, and Fraud upon the court.

34.   The entire foreclosure process over the last 14 years has been a case of obstruction of justice.  The rewarding of criminal conduct is not what the Federal Bankruptcy court is supposed to do when such issues arise.

35.   This is clearly a wrongful foreclosure action plagued with corruption,

11

fraud, and Fraud upon the court.

36.    If you can't foreclose properly on the merits in 14 years something is very wrong.

37.    The State of New York passed last December the ***Foreclosure Abuse Prevention Act*** which limits foreclosures Statute of Limitations to 6 years.  This act supports the preceding statement.

38.    As part of their scheme in this case the Plaintiff, their servicers avoided all QWR"S, letters, Discovery demands and never produced a single document in 14 years.

39.    Deutsche Bank has been contacted by me and my wife in writing and they have stated that they have nothing to do with a foreclosure or eviction of my property.

40.    They claim the true Plaintiff and ones calling the shots is SPS, a rogue debt buyer who masks themselves as a loan servicer for Trusts.  They are not aggrieved, and they are not the Plaintiff.

41.    I have provided written communications to Deutsche Bank Ag in Germany advising the senior management team of Deutsche Bank Ag of the misuse of their name in the actions by SPS.

42.    Deutsche Bank Ag has remained silent despite stating they have nothing to do with it.  It appears they are sharing the ill-gotten gains from these wrongful foreclosures.

43.    Then there are the Deutsche Bank National Trust Company SEC filings to loan servicers. Which clearly state how the foreclosure is supposed to

12

work which is not what happened in this case.  That may be SEC fraud.

44.     The only reason why there has been so many bankruptcy filings by me is due to the law firm's ability to have multiple attorneys work on the case in multiple courts against a Pro Se Defendant.

45.     The only reason why there has been so many bankruptcy filings is due to procedure over substance.  Getting any Federal or State Judge to look at the facts of the case has been impossible for 14 years.

46.     Once CT JTR Judge Kevin Tierney conspired with Attorney Christopher Picard to set up a sanction against Victoria Koch and block all defenses against any foreclosure through an over-the-top sanction that was not warranted, other Judges followed his lead.

47.     This is a Judge who said on the record and is documented in transcripts, *"I will do whatever it takes to make sure you lose*" to Defendants in Court.

48.     When I wrote the Judicial Review Counsel of CT ("JRC") the current president was placed on medical leave and the old JRC president came back without any authorization from the governor.  He then issued an order of "no probable cause" without ever talking to the 20 or so witnesses I had listed on the complaint to the JRC about JTR Kevin Tierney.

49.     How can there be no probable cause on such a statement as "I will do whatever it takes to make sure you lose"?

50.     The appeal was fraudulently withdrawn by an unauthorized party,

13

Attorney Marianne Charles who was Victoria Koch's divorce lawyer and Attorney Chris Picard of McCalla Raymer Leibert and Pierce, LLC.

51.     Attorney Charles drafted the Appeal withdrawal documents and conspired with the "alleged" Plaintiff's counsel, Chris Picard, for her own financial gain.  There are various Exhibits to support this claim.

52.     Upon drafting of the documents, Attorney Charles sent them via email to Attorney Christopher Picard from the law firm of McCalla, Raymer, Leibert, & Pierce, LLC. (hereafter "Leibert"), the "alleged" Plaintiff's lawyer, and to Victoria Koch.

53.     Attorney Marianne Charles urged Victoria to call Attorney Picard without her present.

54.     When Victoria Koch received the email, she stated in writing in her reply that she would not execute the withdrawal of the appeal as Paul Koch has rights to the property.  This is in her Affidavit.

55.     At some point after drafting the withdrawal, they showed up in the Appellate Court docket with Attorneys Charles and Picard as the primary suspects.

56.     Despite not being executed in any way, even by electronic signature and absent a user id, the Appellate Court clerk withdrew the Appeal wrongfully.

57.     This is the same Appellate Clerk who returned papers of the Chief Counsel to the Statewide grievance committee for noncompliance with all Appellate rules.  These Exhibits are available as well but due to the

14

unforeseen circumstances which make us the GOOD CAUSE below, I cannot attach them at this time.

58.     Those acts are clearly acts of fraud, and fraud upon the court.

59.     So, after Victoria Koch told Attorney Charles and Attorney Picard, she would not execute the withdrawal of the Appeal, it appears they conspired together and one of them sent in the unsigned withdrawal documents engaging in Fraud and Fraud upon the court.  But they both had to have known that they were unsigned and without authorization. Attorney Charles clearly conspired and colluded in illegal conduct with the "alleged" Plaintiff's counsel, Attorney Chris Picard.

60.     The debtor has never been a Defendant in any case as the alleged Plaintiff's counsel objected at every turn knowing the Lis Pendens was defective.

61.     There were many motions to include Paul Koch, as he needed to be cited in or intervene as an indispensable party in interest and as the current owner of the property.

62.     The court and the alleged Plaintiff's lawyers nev3er produced a single document and cut off both Paul and Victoria Koch's rights to ALL due process and illegally stole their multimillion-dollar home and ALL their possessions through CT State Marshal Thomas Foldy in just unconscionable acts by the Federal and State Judiciary.

63.     The alleged Plaintiffs' counsel requested denial of the inclusion as to Paul Koch despite having legal and equitable interest in the property that

15

has been ignored for 14 years by the State Court.

**FACTS RELIED ON IN DEFENSE OF A VOID JUDGMENT AND VOID ORDERS**

A detailed description of the Debtors' challenges since the filing of the petition includes

the following facts and each one can be supported by Exhibits:

64.     the State Housing Court Clerk ignoring the Bankruptcy stay and failing to
        timely post the notice of bankruptcy filing.

65.     A State marshal Foldy being instructed by Attorney Geoffrey Milne, and
        Attorney Benjamin Staskowiecz  from the law firm of McCalla, Raymer,
        Leibert, & Pierce, LLC. (hereafter "Leibert") to ignore the Bankruptcy
        filing despite being informed of the deficiencies of their prior Motion For
        relief from stay filed in Case No.: 23-22321 including their failure to notify
        all necessary parties, such as Victoria R. Koch, as a codebtor as she is
        on the mortgage to our family's home since 2000.  My wife has since
        completed a divorce from me and does not live with me and has not for
        several years.  The firm of Leibert knew this at the time they filed for their
        Motion for relief from Stay filed Before Cecelia G. Morris.

66.     Leibert's attorney, Christopher J. Picard  was in regular contact with my
        wife and her divorce lawyer, Attorney Marianne Charles.

67.     It has recently come to my attention that the three of them were talking
        and corresponding through emails.

68.     An  email  chain  incudes  communications  that  a  Leibert  Attorney,

Christopher J. Picard, had stated that Victoria could reenter the house to collect her possessions if I was ever evicted.  As such, "alleged" Plaintiff's counsel, Attorney Picard knew since 2017 that Victoria Koch no longer lived at 2 Random Road Old Greenwich, CT 06870

69.    The Motion for relief from stay was sent to my work address and my home, which Victoria Koch n/k/a Victoria Giorgi, has nothing to do with. As a secondary address they sent her a notice to my home address located at 2 Random Road, knowing she did not live there.

70.    Simultaneously with my filing of Chapter 13 and the relevant automatic stay pursuant to 11 U.S.C. §§ 105(a), 362(d)(1), and 362(d)(4)  Leibert lawyers knowingly violated the automatic stay prior to any hearing on their motion for relief from stay.  Now I found myself defending automatic stay violations going on by the same law firm who was requesting relief from the automatic stay who knew or should have known that their service on Victoria Giorgi Koch was defective.

71.    The State Housing Court Judge John Cirello violated the FEDERAL REMOVAL and automatic stay along with Leibert's lawyers.   Judge Cirello was a relatively new Judge who stated on the record he does not know Bankruptcy laws as he never practiced bankruptcy law.  Despite concerns expressed by Leibert's attorneys the hearing continued and Judge Cirello allowed nonparties to testify during the hearing in my absence as there was a bankruptcy stay in place due to the filing in Case No.: 23-22321-CGM.

17

72.     The Housing court had a full evidentiary hearing and was prepared to issue Orders over property that was part of the bankruptcy estate.

73.     Just the holding and participation in such hearings during a Bankruptcy stay is a violation of the stay by the "alleged" Plaintiff's counsel.

74.     The fact that they were requesting relief from stay in one court and holding hearings in another court over the Bankruptcy estate is sanctionable conduct and goes towards their unclean hands that they have had since filing the initial foreclosure action, when they didn't have standing, made material misrepresentations in their original Summons and complaint and Lis Pendens and violated the substantial Rights to due provided to the Defendants under the 14th amendment.

75.     While requesting relief from stay but before it was ever granted is a violation of the Bankruptcy stay and was intended to distract the debtor, who could not properly prepare for COURT.  They should be sanctioned for conduct that violates Federal Bankruptcy laws including but not limited to Bankruptcy stay violations.

76.     Now this court has already scheduled a hearing to dismiss the Bankruptcy as of day 1 piggybacking the house of cards, errors, misrepresentations, and fraud allowed in the other courts.

77.     This undermines the integrity of our Judicial System.

78.     These are clear violations of the Rule of law, and due process and violations of our right to defend our property.

79.     The Lis Pendens is defective on its face as it states the mortgage had

not been assigned as of May 9 2023 as the Lis pendens stated.

80.    The note is an undated stamped endorsement by a person who has testified that her name was used without her authorization and during a time when she didn't even work for the alleged Bank.

81.    In Connecticut Judicial notice of such government officials is clear. The Courts are supposed to take Judicial Notice of government officials' statements. Who is more qualified than the Register of deeds to deduce a fraudulent document?

82.    The Senate hearings of 2007-2009 which stated that up to 60% of WAMU's mortgages were defective. Yet in Connecticut no one eve wins but Leibert and his two sister companies.

83.    Richard Leibert is connected at the hip to the Law office of Stephen J Baum. The disgraced foreclosure mill who was run out of New York State by the Attorney General

84.    Richard Leibert was an owner in Hunt Leibert Jacobson, PC who merged with McCalla Raymer and became McCalla Raymer Leibert & Pierce, LLC

**GOOD CAUSE SHOWN**

a. I do not have access to my court papers and computer and money and have been illegally evicted.

b. The Bankruptcy court issued an order executed by Cecelia Morris that was

19

defective on its face, as was the Lis Pendens.

c.  McCalla Raymer Leibert & Pierce, LLC made material misrepresentations, and engaged in clear Fraud and Fraud upon the court.  It is obvious to anyone caring enough to engage in just and fair outcomes of an equitable legal matter.

d.  The above-captioned Debtor, PAUL R. KOCH, ("Debtor"), filed for Bankruptcy Chapter 13 on November 22, 2023.

e.  I left my house expecting the Bankruptcy stay would hold off the eviction.

f.  The prior Order of Judge Morris was defective as the movant failed to notice my ex-wife the co debtor on the property.

g.  I had informed McCalla Raymer Leibert & Pierce of this, and they ignored the shortcomings and their misrepresentations to the Bankruptcy Courts of the facts, and ignored the Bankruptcy stay.

h.  They have wrongfully evicted me under color of law as the Greenwich police threatened to arrest me.  I have not been back in the house, and I only had the clothes on my back other than clothes I had at my ex-girlfriend's house.

i.  On Wednesday afternoon while I was out my ex-girlfriend snapped.  She came home and told me I was not welcome there anymore and could not come back to get my things after 5.5 years.

j.  She had not returned my things including my court papers, my computer, my medicines for my heart condition and my clothes.

k.  When I saw that she really wasn't going to return my medicine for my heart, my laptop, and the only clothes I had access to, I finally filed a complaint

with the Village Court in Westchester.

l.  The clerk of the Court called me up and told me I should call the police as I was asking for an immediate Order to turn over my things.

m.  My ex-girlfriend then came around and told me I could get my things and the landlord would supervise, which I had no problem with.

n.  I went there to get my things and while I was packing up, she called the police on me, so I left without my things despite her and the landlord welcoming me, but then she snapped again.  I was unable to get my papers and computer and clothes.

o.  My bank card is there as well.

p.  I have tried to be kind and patient seeing that something is clearly not right, but nothing is working.

q.  She still has not responded and agreed to return my personal property and knows I need it desperately to file my papers.

r.  Otherwise, I will need a court order for the return of my court papers and other personal items as I am locked out of my house at this time under what I consider an illegal lockout.

s.  I informed her this morning that if she doesn't get back to me by 12, I am filing a police report to get my things returned.  I hate to see her get arrested, but I have little choice.

t.  This was a completely unforeseen situation as her employer can even attest to as I have been in touch with them asking them to speak to her.

u.  The housing court has engaged in some very egregious Conduct being

21

reported to the Judicial Review Counsel including denial of due process and ignoring all my filings.

v.   I am unable to file the balance of my schedules by the above date because: Someone has possession of my computer and papers and will not return them to me.  Otherwise, I will need to file an adversary proceeding against her and ask for a court order.

w.   **I contacted NY LAG early on** and after trying to schedule an appointment with them to help me they redirected me to several other organizations to complete the schedules once I have my papers and computer back.

x.   I hereby incorporate my prior filings and all the facts and Exhibits of those filings, including the notarized affidavits,  into this motion.


**WHEREFORE,** the Debtors respectfully request entry of an order substantially in the form annexed hereto granting the relief requested herein and such other and further relief as is just.  I certify under penalty of perjury that the foregoing statements are true.


Date: __1-18-24 _____/s/Paul Koch_____

Signature of Debtor

Dated: January 18, 2024,                    PAUL R. KOCH (Debtor)


By: /s/PAUL R. KOCH_____
      Paul R. Koch
      725 Fenimore Road
      Mamaroneck, NY 10543
      Telephone: (603) 988-4703
      winnisandbar@aol.com

22

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------x
                                     :

In re                                :       **Chapter 13**
                                       :

**PAUL R. KOCH**              :       **Case No. 23-11857 (PB)**
                                       :

**Debtor.**                    :       **January 18, 2024**
-----------------------------------------------------x


## CERTIFICATION OF SERVICE

In accordance with the applicable provisions of the Federal Rules of Bankruptcy Procedure 2002 and 7004, the undersigned certifies that on the 18th day of January 2024, the following documents were served on the US Trustee and all appearing parties via the Courts' electronic filing system and by first class mail on the parties listed below:


Dated: **January 18, 2024**               PAUL R. KOCH (Debtor)


By:/s/PAUL R. KOCH_____
        Paul R. Koch
        725 Fenimore Road
        Mamaroneck, NY 10543
        Telephone: (603) 988-4703
        winnisandbar@aol.com

**EXHIBIT A**

# PAUL KOCH

**603-988-4703**                                                    **winnisandbar@aol.com**

January 16, 2024                                        <u>**VIA FAX: 860-730-8405**</u>

TO:   Commissioner Michelle Halloran Gilman
        Connecticut State Department of Administrative Services (DAS).
        Commissioner's Office
        450 Columbus Boulevard – Suite 1501
        Hartford CT 06103
        Phone Number: 860-713-5100   Fax: 860-730-8405
        Leigh.Appleby@ct.gov   Communications Director, (860) 373-1427
        John.McKay@ct.gov   (860) 713-5197

 

 

   Re: CT State Marshal Foldy is destroying ALL my children's videos of them
   growing up and their keepsakes.  Foldy's conduct is intentional, willful, and
   wanton, with malice. Foldy is stealing, damaging, or dumping our personal
   property, and is engaged in theft and conversion after a wrongful foreclosure and
   illegal eviction based on MASSIVE FRAUD and RACKETEERING by public
   officials. Property is 2 Random Road Old Greenwich, CT 06870

 

Dear Commissioner Michelle Halloran Gilman,

After surviving 15 years of racketeering carried out by the CT Judiciary branch in
Stamford, in which I have put together substantial evidence about illegal foreclosures
over the last 15 years, I now have had my 2nd Greenwich multi-million-dollar property
stolen by clear fraud perpetrated by the CT foreclosure mills in conspiracy with certain
members of the Judiciary branch including Judges and clerks.

I am about to sue Housing Judge John Cirello and his cohort Chief housing clerk
Edmond O'Garro, as they both engaged in criminal conduct to steal a second
multimillion dollar Greenwich home from our family.   John Cirello acted without ANY
jurisdiction and together they have no respect for the law.  Details will be forthcoming to
your office and others.

But I am writing you about the unconscionable criminal conduct one of your CT State
Marshals, State Marshal Thomas Foldy.  I am sure this is not the first criminal complaint
about Foldy.  Foldy's conduct is so egregious and causing such irreparable harm to my
children, my wife and I, that it requires your immediate attention and immediate
intervention.  His criminal conduct cannot wait until I call the Marshals commission and

1

get a complaint form and wait to see what they decide.  By then we will all be in litigation over Billions not Millions.

It is clear as day FOLDY broke every rule in the CT State Marshal's Manual.  The obvious and apparent criminal conduct of State Marshal Foldy needs your immediate intervention.  He has stolen or destroyed hundreds of thousands of dollars of personal property.  The Town of Greenwich sent a letter that all our personal property would be stored at a moving company in Greenwich.  It never got there.  Foldy has filled up dumpsters of all of family's possessions, destroying evidence in the process, evading Federal subpoenas, and has not been on site at all except to change the locks.

He has hired Spanish speaking people moving our furniture and dragging mattresses through the mud.  These "so called movers" clearly have never moved a piece of furniture in their life and they have destroyed or damaged all our property.  Foldy has taken probably 10 dumpsters filled with possessions to Bridgeport from Greenwich. Foldy had promised me that we could go into the house and take our possessions. Next day he is 180 degrees in the wrong direction.  He locked my tenant in the house. He has proven to be a liar like I have never seen in all my life.

**But the biggest issue, and the issue causing irreparable harm is the fact that he is liar and has potentially sent to the dump all the videos of my 4 children growing up since birth.  Every video we had was in that house and I filed bankruptcy, and it should have stayed the illegal eviction and wrongful foreclosure that involves unconscionable criminal acts by members of the Judiciary branch.  The criminal conduct includes withdrawal of our appeal using unsigned blank forms sent in by the foreclosure mill or their agents.  Clear Fraud!**

**He is also throwing out possessions of my deceased parents which my family provided to me for my children.  I can produce many witnesses who will testify this is Foldys normal course of conduct.  He also told one guy he was going to punch him in the mouth.**

By the time I can get through any process FOLDY will have destroyed ALL my children's keepsakes and all their memories on video which is against the CT state Marshal Manual.  He is a very sick man and spent Christmas alone after even his own daughter blew him off.

Clearly, I will not get relief from the Judiciary branch.  I am going to have to immediately contact the claims commissioner as well, but this is criminal conduct by members of the Judiciary branch and people iund3er your supervision- CT state Marshal Thomas Foldy. The evidence I have will be very damaging and I am hoping you can put an immediate stop to the criminal conduct Foldy is currently engaged in.  It is truly unconscionable acts, and he is destroying property that is irreplaceable and will cause irreparable harm. Since the CT Judiciary branch is involved hook, line, and sinker as well as Federal Judges, there is no relief to be had through the courts.

2

I need immediate help from you and the Marshall Commission to stop this lunatic as he has not been on site at all and instructed the immigrant workers to just fill dumpsters with all of family's possessions.  He clearly is in breach of the rules and should be terminated.  My children's videos are irreplaceable as well as many other things.

Please help me!

All my best,
Paul Koch
603-988-4703

cc.     Governor Lamont
        AG tong
        Chief Justice Robinson
        Chief Court administrators
        CT Claims office
        State Marshal Commission Members
        MEDIA



•

**EXHIBIT B**

# PAUL KOCH

**603-988-4703**                                        **winnisandbar@aol.com**


January 16, 2024                                 <u>**VIA FAX: 860-622-2938**</u>

TO:     State Marshal Commission Members

- Chairperson: Thomas A. Esposito, Esq.
- Vice-Chairperson: Shirley Skyers-Thomas
- Bryan Cafferelli
- Hon. Leo V. Diana
- Michael Desmond
- Alfredo Olivier
- Salvatore Vitrano
- John Vamos


Re:     CT State Marshal Foldy is destroying ALL my children's videos of them growing up and their keepsakes.  Foldy's conduct is intentional, willful, and wanton, with malice. Foldy is stealing, damaging, or dumping our personal property, and is engaged in theft and conversion after a wrongful foreclosure and illegal eviction based on MASSIVE FRAUD and RACKETEERING by public officials. Property is 2 Random Road Old Greenwich, CT 06870


Dear State Marshal Commission Members,

After surviving 15 years of racketeering carried out by the CT Judiciary branch in Stamford, in which I have put together substantial evidence about illegal foreclosures over the last 15 years, I now have had my 2nd Greenwich multi-million-dollar property stolen by clear fraud perpetrated by the CT foreclosure mills in conspiracy with certain members of the Judiciary branch including Judges and clerks.

I am about to sue Housing Judge John Cirello and his cohort Chief housing clerk Edmond O'Garro, as they both engaged in criminal conduct to steal a second multimillion dollar Greenwich home from our family.   John Cirello acted without ANY jurisdiction and together they have no respect for the law.  Details will be forthcoming to your office and others.

But I am writing you about the unconscionable criminal conduct one of your CT State Marshals, State Marshal Thomas Foldy.  I am sure this is not the first criminal complaint about Foldy.  Foldy's conduct is so egregious and causing such irreparable harm to my

1

children, my wife and I, that it requires your immediate attention and immediate intervention.  His criminal conduct cannot wait until I call the Marshals commission and get a complaint form and wait to see what they decide.  By then we will all be in litigation over Billions not Millions.

It is clear as day FOLDY broke every rule in the CT State Marshal's Manual.  The obvious and apparent criminal conduct of State Marshal Foldy needs your immediate intervention.  He has stolen or destroyed hundreds of thousands of dollars of personal property.  The Town of Greenwich sent a letter that all our personal property would be stored at a moving company in Greenwich.  It never got there.  Foldy has filled up dumpsters of all of family's possessions, destroying evidence in the process, evading Federal subpoenas, and has not been on site at all except to change the locks.

He has hired Spanish speaking people moving our furniture and dragging mattresses through the mud.  These "so called movers" clearly have never moved a piece of furniture in their life and they have destroyed or damaged all our property.  Foldy has taken probably 10 dumpsters filled with possessions to Bridgeport from Greenwich.  Foldy had promised me that we could go into the house and take our possessions.  Next day he is 180 degrees in the wrong direction.  He locked my tenant in the house.  He has proven to be a liar like I have never seen in all my life.

**But the biggest issue, and the issue causing irreparable harm is the fact that he is liar and has potentially sent to the dump all the videos of my 4 children growing up since birth.  Every video we had was in that house and I filed bankruptcy, and it should have stayed the illegal eviction and wrongful foreclosure that involves unconscionable criminal acts by members of the Judiciary branch.  The criminal conduct includes withdrawal of our appeal using unsigned blank forms sent in by the foreclosure mill or their agents.  Clear Fraud!**

**He is also throwing out possessions of my deceased parents which my family provided to me for my children.  I can produce many witnesses who will testify this is Foldys normal course of conduct.  He also told one guy he was going to punch him in the mouth.**

By the time I can get through any process FOLDY will have destroyed ALL my children's keepsakes and all their memories on video which is against the CT state Marshal Manual.  He is a very sick man and spent Christmas alone after even his own daughter blew him off.

Clearly, I will not get relief from the Judiciary branch.  I am going to have to immediately contact the claims commissioner as well, but this is criminal conduct by members of the Judiciary branch and people iund3er your supervision- CT state Marshal Thomas Foldy.  The evidence I have will be very damaging and I am hoping you can put an immediate stop to the criminal conduct Foldy is currently engaged in.  It is truly unconscionable acts, and he is destroying property that is irreplaceable and will cause irreparable harm.

2

Since the CT Judiciary branch is involved hook, line, and sinker as well as Federal Judges, there is no relief to be had through the courts.

I need immediate help from you and the Marshall Commission to stop this lunatic as he has not been on site at all and instructed the immigrant workers to just fill dumpsters with all of family's possessions.  He clearly is in breach of the rules and should be terminated.  My children's videos are irreplaceable as well as many other things.

Please help me!

All my best,
Paul Koch
603-988-4703

cc.    Governor Lamont
       AG tong
       Chief Justice Robinson
       Chief Court administrators
       CT Claims office
       State Marshal Commission Members
       DAS Commissioner
       MEDIA



- 

3

**EXHIBIT C**

26

**FAMILY COURT OF THE STATE OF NEW YORK**
**COUNTY OF WESTCHESTER** _____

In the matter of an Article 8 Family Offense Proceeding        File #:      173600
                                                                                        Docket #:    O-10811-23

**Maribeth Bischof (Petitioner)**

**Paul R. Koch (Respondent)**

**RESPONDENT'S EMERGENCY MOTION FOR CONTINUANCE FOR GOOD CAUSE**
**DUE TO STORM HEATHER FORECASTED WITH SNOW AND ICE**
**AND I AM A NEW HAMPSHIRE RESIDENT AND CANNOT TRAVEL IN THE**
**FORECASTED WEATHER WITH MY 2 WHEEL DRIVE CAR WITHOUT RISK OF LIFE**
_____

TO:    Westchester Family Court - White Plains
         111 Dr. Martin Luther King Jr. Blvd.
         White Plains, NY 10601
         Tel:  914-824-5500     Fax:  914-824-5860

        Pro se Respondent, Paul R. Koch, hereby moves this Honorable Court for a
continuance of the scheduled preliminary proceedings form the date of January 16,
2024, at 9:30 am to January 30, 2024, at 9:30 am for good cause shown.
        Good cause for the requested continuance exists as a named storm Heather is
expected to hit New England starting tonight and throughout the day on January 16,
2024.  The storm is expected to create dangerous road conditions and Respondent is a
resident of New Hampshire and must travel to White Plains for the hearing as he is out
of state.  I only have a 2-wheel drive car and the expected conditions would put
Respondent's life in jeopardy.
        **WEATHER FIRST ALERT: Monday night through Tuesday snow expected.**
        A plowable snow will fall for most of New England
        By **Meteorologist Matt Noyes** • Published January 15, 2024, • Updated 2 hours ago.

        Respondent is also seeking counsel to address the harm caused by Petitioners
misrepresentations to this Court.
        I am sending a copy of this motion by fax and email to the Tarrytown police
department asking them to notify the Petitioner this evening so she can be informed of
this motion without violation by Respondent.
        The Respondent is currently in Bankruptcy court.  Due to the Petitioner's willful
and intentional deprivation of computers, medication, and papers necessary to complete
the bankruptcy filings timely by withholding of Respondents' documents and computers
that were necessary to comply with the Federal Bankruptcy code and the Federal
Courts imminent deadlines, there is now a crisis I am attending to in that case.
        The Petitioner was less than honest with this Honorable Court in seeking her
Temporary Order of Protection.  She filed for an Order of protection to try and prevent

me from seeking Federal Bankruptcy court intervention, due to Petitioner's intentional withholding of my personal property.

Prior to the Petitioners filing for her protective order, Respondent had already filed a formal complaint against the Petitioner seeking Judicial intervention with the Tarrytown Village Justice Court.  The Tarrytown Village court clerk immediately instructed me to go to the Tarrytown police immediately.

After 5.5 years together, instead I once again asked the Petitioner to simply provide me my property and we could go our separate ways.  I also informed petitioner what the clerk advised me to do.  Petitioner refused to return my property and instead decided to fabricate a need for a preliminary protective order.  The first page of my complaint is attached hereto date December 7, 2023.  Only after that filing, did the Petitioner decide to fabricate a complaint on December 8, 2023, with the Family Court and made material misrepresentations to this Court seeking to cause further harm to the Respondent due to ongoing mental illness that Petitioner suffers from.

The material misrepresentations made by the Petitioner to this Court has misled this Honorable court to issue a temporary protective order that was not warranted under New York law with the intent to cause further harm to the Respondent.  The evidence is clear that the Petitioner, Maribeth Hogan Bischof willfully intended to cause harm to the Respondent through her material misrepresentations in her attempt to prevent me from filing a Federal adversarial lawsuit against her in the Bankruptcy court.  Petitioner does not believe that this temporary order of protection accomplishes her goal as this honorable court cannot order the Petitioner to cease and desist requests for relief and damages for what the Petitioner has done in violation of New York or Federal law.  Otherwise, every person threatened with litigation, after violating Federal and State law, would file for a temporary protective order.

***Wherefore,*** for good cause shown, the Respondent requests a 2-week continuance of this matter, which Respondent wants to address asap, but has other issues to address in other courts.

Respectfully Submitted,                          January 15, 2024

By:    /s/ Paul R. Koch
winnisandbar@aol.com
603-988-4703
Homeless



Winter Storm Heather To
Bring Snow, Ice To Parts Of
South And East

CC: Tarrytown PD fax-914-631-8236 and to Lieutenant Christopher Cole via website

PAUL KOCH                             :        Tarrytown Village Court
     Plaintiff                      :
                                     :        Tarrytown NY
    vs.                            :
                                     :        VILLAGE JUSTICE
MARIBETH BISCHOF,                     :        HONORABLE KYLE C McGOVERN
NYSED, Office of Education,           :
Principal Dana Rappaport, et al       :
    Defendants                     :        December 7, 2023

## EMERGENCY COMPLAINT FOR DAMAGES AND DECLARATORY AND INJUNCTIVE RELIEF DUE TO IRREPARABLE HARM

      PLAINTIFF, Paul Koch, makes this FORMAL COMPLAINT AND REQUESTS IMMEDIATE JUDICAL INTERVENTION TO AVOID IRREPARABLE HARM. Plaintiff requests this Honorable court issue immediate Orders for damages, declaratory and injunctive relief due to the irreparable harm threatened by defendant Maribeth Bischof f/k/a Maribeth Hogan.  Irreparable harm will occur in the absence of immediate orders as I need my computer to meet deadlines of the SDNY bankruptcy court and I have a hearing today in another court that I will not be able to participate in without my computer.  In the absence of orders from the Village Court today, the Plaintiff will have to file for same in Federal Court to avoid irreparable harm and cause Maribeth Bischof to show up in Federal Court.  The village court is the proper court to handle this matter as the defendant, Maribeth Bischof lives in the village of Tarrytown and that is where her apartment is where she locked me out from and refuses to provide me my computer which will cause me to miss deadlines with the SDNY bankruptcy court.

      The Defendant, Maribeth Bischof, lives in the village of Tarrytown and has acted in violation of State and Federal Laws from her residence located at 26

1

**EXHIBIT D**

**COMPLAINT AGAINST**
**STATE MARSHAL**
Re: 5-2017

**STATE OF CONNECTICUT**
**STATE MARSHAL COMMISSION**
FAX: 860-622-2938

### *INSTRUCTIONS*

1.  Complete this form using black ink and retain a copy for your records. Please type or print neatly.
2.  Attach documents that are specifically related to the complaint (if any).
3.  Send the original complaint to the following address:

**TO:  DAS/STATE MARSHAL COMMISSION, 450 Columbus Boulevard, Suite 1403, Hartford, CT 06103.**

NAME OF PERSON MAKING COMPLAINT (*Complainant*)                    TELEPHONE NO.
_____ / _____

ADDRESS OF COMPLAINANT (*No., Street, Town, State, Zip*)
_____

NAME OF STATE MARSHAL COMPLAINED AGAINST                    TELEPHONE NO.
_____ / _____

ADDRESS OF STATE MARSHAL (*if known*)
_____

DESCRIBE YOUR RELATIONSHIP TO THE STATE MARSHAL WHO IS THE SUBJECT OF YOUR COMPLAINT (*check one*)
   I hired the state marshal                    Other (*Please briefly describe type of involvement with the state marshal*)
   The state marshal served or attempted    _____
   to serve me.
_____

SUBJECT OF COMPLAINT
   Civil service/return                    Landlord/Tenant (including eviction)
   Execution (e.g. wage, bank, property, tax)    Family Law (including restraining orders)
   Other (*Please briefly describe the subject matter of your complaint*)._____
_____

TIME FRAME OF COMPLAINT
_____

EXPLAIN, PREFERABLY IN CHRONOLOGICAL ORDER, THE DETAILS OF YOUR COMPLAINT.
   (check if additional material is attached)
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

**EXECUTED UNDER PENALTIES OF FALSE STATEMENT**    X_____ / _____
*(Connecticut General Statutes Section 53a-157b)*              SIGNED (required)              DATED (required)

*Intentionally making a false written statement on a form bearing notice which is intended to mislead a public servant in the performance of his or her official function,
is a class A misdemeanor and violators are subject to criminal penalties including imprisonment for up to one year and/or a fine of up to $2,000. General Statutes §
53a-157b (a).*

**FOR OFFICE USE ONLY**
DATE STAMP                                        ASSIGNED COMPLAINT NO._____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**One Bowling Green**
**New York, NY 10004−1408**

---

IN RE: Paul R Koch                                    CASE NO.: 23−11857−pb
 aka   Paul Koch

Social Security/Taxpayer ID/Employer ID/Other Nos.:   CHAPTER:  13
xxx−xx−1508

---

## NOTICE TO CREDITORS AND INTERESTED PARTIES
## CHANGE OF CASE NUMBER AND COURT LOCATION

The above captioned Bankruptcy Case has been transferred to:

United States Bankruptcy Court
Southern District of New York
300 Quarropas Street
Room 147
White Plains, NY 10601

The judge and case number have been changed to: **24−20001** .

All documents, pleadings and proofs of claim must be filed at the new address using the new case number and judicial initials.

Dated: January 9, 2024                                Vito Genna
                                                      Clerk of the Court