UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
In re:

PAUL R. KOCH,

                        Debtor.
-------------------------------------------------------------------X

                                                  24 **CIVIL** 0779 (NSR)

### JUDGMENT

It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memo Endorsed dated April 02, 2025, the appeal is DENIED; accordingly, the case is closed.

**Dated:**  New York, New York
        April 09, 2025

                                                  **TAMMI M. HELLWIG**

                                                    **Clerk of Court**

**BY:**

                                                   **Deputy Clerk**